UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 19 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Tinika S. Warren
Plaintiff,

v.

Case Number: **1:18-CV-5299**

HUD Headquarters
Defendant.

US Northern District Court of Atlanta
Tinika S. Warren, GAW, minor child
PO BOX 1243
Clarkston, Ga 30021

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
NOV 19 2018
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Reason: Americans w/ disabilities ACT + failure to Accommodate

US
HUD Headquaters, et al
Carlos Osegueda, Ben Carson,
Pat Green

**1:18-CV-5299**

Compliant Statement of Claim + 504 Sections

On May 15, 2017, Tinika S. Warren and minor child, GAW, was evicted from our home "private residence", as Tinika S. Warren, being the Warranty Deed And Title Holder through Chicago Title. The Housing discrimination compliant, Inquiry number 535735, was completed by Veronica Baities, for mom and daughter as the aggreved parties. With the reasons for cause
✓ Discriminator, terms, conditions, Privileges, or services + facilities
✓ Otherwise deny or make housing unavailable
✓ Discriminatory acts under Section 818 (Coercion, Etc.) with the violation of "Race" for Property address 922 Lincoln Street Greensboro, NC 27401

The City of Greensboro, North Carolina had 100 days to respond to the "action", but failed; and the Respondents City Manager, retired.

9) of the Inquiry Number 535735 - May 15, 2017 - Continuing to Get discriminated, harassed using Broadcast media. Failure to Accommodate

## Notice of Parent and Student Rights Under Section 504

Section 504 of the Rehabilitation Act of 1973, commonly referred to as "Section 504," is a nondiscrimination statute enacted by the United States Congress. The purpose of Section 504 is to prohibit discrimination and to assure that disabled students have educational opportunities and benefits equal to those provided to non-disabled students.

For more information regarding Section 504, or if you have questions or need additional assistance, please contact your local system's Section 504 Coordinator at the following address:

Dr. Karen Manahan
5839 Memorial Drive
Stone Mountain, GA 30083
(678)676-1980
karen_manahan@dekalbschoolsga.org

The implementing regulations for Section 504 as set out in 34 CFR Part 104 provide parents and/ or students with the following rights:

1. Your child has the right to an appropriate education designed to meet his or her individual educational needs as adequately as the needs of non-disabled students. 34 CFR 104.33

2. Your child has the right to free educational services except for those fees that are imposed on non-disabled students or their parents. Insurers and similar third parties who provide services not operated by or provided by the recipient are not relieved from an otherwise valid obligation to provide or pay for services provided to a disabled student. 34 CFR 104.33

3. Your child has a right to participate in an educational setting (academic and nonacademic) with non-disabled students to the maximum extent appropriate to his or her needs. 34 CFR 104.34

4. Your child has a right to facilities, services, and activities that are comparable to those provided for non-disabled students. 34 CFR 104.34

5. Your child has a right to an evaluation prior to a Section 504 determination of eligibility. 34 CFR 104.35

6. You have the right to not consent to the school system's request to evaluate your child. 34 CFR 104.35

7. You have the right to ensure that evaluation procedures, which may include testing, conform to the requirements of 34 CFR 104.35

8. You have the right to ensure that the school system will consider information from a variety of sources as appropriate, which may include aptitude and achievement tests,

grades, teacher recommendations and observations, physical conditions, social or cultural background, medical records, and parental recommendations. 34 CFR 104.35

9. You have the right to ensure that placement decisions are made by a group of persons, including persons knowledgeable about your child, the meaning of the evaluation data, the placement options, and the legal requirements for least restrictive environment and comparable facilities. 34 CFR 104.35

10. If your child is eligible under Section 504, your child has a right to periodic reevaluations, including prior to any subsequent significant change of placement. 34 CFR 104.35

11. You have the right to notice prior to any actions by the school system regarding the identification, evaluation, or placement of your child. 34 CFR 104.36

12. You have the right to examine your child's educational records. 34 CFR 104.36

13. You have the right to an impartial hearing with respect to the school system's actions regarding your child's identification, evaluation, or educational placement, with opportunity for parental participation in the hearing and representation by an attorney. 34 CFR 104.36

14. You have the right to receive a copy of this notice and a copy of the school system's impartial hearing procedure upon request. 34 CFR 104.36

15. If you disagree with the decision of the impartial hearing officer (school board members and other district employees are not considered impartial hearing officers), you have a right to a review of that decision according to the school system's impartial hearing procedure. 34 CFR 104.36

16. You have the right to, at any time, file a complaint with the United States Department of Education's Office for Civil Rights.